UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT BOWLING GREEN
CRIMINAL ACTION NO: 1:17-cr-36-GNS
**Electronically Filed**

UNITED STATES OF AMERICA							PLAINTIFF

vs.

DANNY BUTLER								DEFENDANT

## ORDER

This matter having come before the Court on motion of Defendant for a continuance, the Court having considering the record herein, and the Court being otherwise duly and sufficiently advised, ORDERS as follows:

That Defendant's motion for a continuance from his sentencing date set for March 4, 2019 is hereby continued until **March 21, 2019 at 9:00 a.m. CDT.**

Greg N. Stivers, Chief Judge
United States District Court

February 26, 2019

1