February 9, 2019

2019 MAR 21 AM 11:52

Mr. Bobby Morris

Hodgenville, KY  42748

1:17 cr 36

Honorable Judge and others,

I, Bobby Morris, being of sound mind and body wish to let the court and Judge understand a few of the thoughts and feelings that I have had during this ordeal. Understand that it is very hard for me to relive this, but I will do the best that I can in controlling my emotions. That is why I have written this. Maybe I can stay focused and now my emotions take control.

1. In 2010 I discovered that Shirley Childress, my parents tax preparer, had gotten power of attorney from my mother while Mom was on her death bed and I was close to death. She had changed Mom's will. She came to the house and brought papers for me to sign. She said, "welcome to my home" and then proceeded to try to get me to sign documents saying she was getting me disability. She was asked to leave, and I knew I needed an attorney.
2. I recalled my Dad telling me if I ever needed an attorney to go to Greensburg and get Morris Butler or his son Danny. They were the best per Dad, and I was sure Dad knew.
3. I called Danny's office and got an appointment to have him review the papers Shirley had left at house. He said that would not be a problem and we left the papers.
4. Soon afterward, July 4, 2010 Mom passed, and I received a letter from Kim Quick, Shirley's lawyer, stating I was to vacate the premises. I again went to visit Danny and took this letter.
5. He read the letter and said it would not be a problem. He could get all of it back, but he was not be cheap. He would need $20,000 up front money. Since I trusted him, I wrote a check and left feeling good. He told me several times that day to not worry about anything, he would take care of getting everything returned to me. It would just take time.
6. In August 2010 I returned to Danny's office to check on the situation. I was told he was working on it but would need $12,000 to pay for a private investigator. "Still don't worry," he said. "I am taking care of everything. You have no worries." I TRUSTED HIM AS HE WAS MY ATTORNEY.
7. I couldn't help but worry and would return to his office often to check on the status. I was told each time it was looking good, but he was stilling working on it.
8. October 6, 2011, he asked for another $3500 as he had used all the other money on the case. He assured me I would get the money back as well as the farm. I continued to trust.
9. This kept on for many months. Danny knew I was very sick and had limited time to live, everyone thought. In the mean time I was living on my SS Disability, about $557 per month. Danny would ask for money from me many times, but I had no more to give him.

10. Then I received a letter saying the Disability had been stopped and all the money had to be returned. I again took this letter to Danny. He informed me to cash in the IRA of $87,500 and write a check to go in his Escrow Account. He then could get my Disability restored. AGAIN, I TRUSTED.
11. I again complied and wrote the check January 20, 2012.
12. Finally, after all the litigation, depositions, and mediation $350,000 and a life interest in the farm was agreed to by all parties. Danny said this is how we should settle. I STILL TRUSTED
13. The check was delivered to Danny's office and was made to me. Danny said I should endorse IT and put it in his escrow. He then could get my disability restored.
14. He was going to give me money as needed from the escrow and at beginning he gave me about $2000 every other month in cash. I would ask for more, but he said I shouldn't take that much.
15. There was no progress on Disability, but Danny would always ask me for cash to slip under the table to help this man get my disability. He had someone working on it and needed money to speed up the process. I had no money to give him.
16. THEN THE NEWS! Danny Butler had been arrested! WHAT WAS I TO DO? I had trusted with all my heart everything he told me I believed. He was my attorney, he had credentials on his wall, he was recommended by my Dad. How could this happen to me? How could an only child that had worked on the farm, taking care of Mom and Dad daily get into this situation. But no matter how I got here, HERE I AM THIS DAY MARCH 4, 2019.

---

Danny, how could you brag about going on 4-week vacations and betting on the Kentucky Derby to me, knowing that was my money? I could have payed my Doctor bills with this money. You chose me because you knew I knew nothing about the legal system, and I was in poor health. You hoped I would die soon and then the money was yours since there was NO ESCROW ACCOUNT AND NO TRAIL.
How could you tell everyone I was your friend and then you do this to me? Is that how you and your family treat friends? Sure, glad I don't have enemies WITH FRIENDS LIKE YOU.
You know you chose to accept the $350,000 in cash settlement, because you could not spend farmland. You didn't even try to get the farm returned to me. The part that still hurts the most is you took my life savings of $87,500 AND my liquid cash of $40,000. My Mom and Dad had over $1 million in cash and farm acreage of 200 acres. I, being a good only child and son did for my parents what good, honest country folks do. Take care of my parents and help them keep the farm going even after they are unable to work. Your selfish motives have now caught you. I must pick up cans on the roadside every day now to live, but at least I can walk on the roadside without shackles. That is more than you are going to be able to say shortly, I hope. I pray to God every day to be with me and keep the pain level low enough for me to sleep and be able to walk tomorrow. I pray that my anti-depressant medication helps me keep my head up and not commit suicide.

Friends come by daily and ask, "Did Danny get your money Bobby?" Feeling so stupid for falling victim to your shenanigans and trusting you as my attorney, I kept saying NO. But guess what Danny, I may not have your credentials, I may not have been on the Board of Regents at the college in this town, Western Kentucky University, and I may not have been a big Lawyer like you. But I have something that country folk have that you can only dream of, "INTEGRITY." I AM SURE YOU CAN'T EVEN SPELL THE WORD. That is one thing that us County Folks can spell and define. We have a heart. We are trusting. We know how to really help others and to live a good clean decent life.

Now to close, in my mind I hope you never see the light of day again. I hope you never see the Kentucky Derby, the lights of Las Vegas, and the glamour of your gambling boats. I may have never been out of my community, but at least I have not taken advantage of rural, country people who thought that they could trust the attorney they hire when they see your credentials on the wall. But you even told me you were my friend and here you bragging about taking me. HOW COULD YOU DANNY. I am still praying to God every night that he gives me back my ability to trust again. Because of you I have suffered this mental aguish but also Physical pain and suffering. I would never wish on anyone the problems you have caused me. Your lies, deceit, theft, and general behavior have caused me more problems than I can ever describe to you. And just to think, I trusted you.

Now to my heart, I hope while you rot away the remainder of your life in prison that you find God. Even though your actions have been unmerciful, I know you are still a child of God. I never have wished a person to go to HELL, but I must tell you, "You are as close as they come." So, Danny I hope this is goodbye forever on this earth. I hope they keep you behind bars the rest of your life and you do without like I have done, thanks to your actions. If we ever do meet again, I hope it is in heaven and I hope God has taken your heart and soul in prison and used it for his benefit. AND THAT IS A TRULY HARD THING FOR ME TO SAY AND MEAN IT. YOU HAVE TESTED THE MY ABILITY TO FORGIVE AND FORGET!

Hodgenville, Ky-42748-9218

March 12, 2019

Ms. Helena Aubervey,

    I am Wanda Brewer - Me and My son Kent was at the hearing for the Danny Butler Case December 4, 2018 - Case Number 2016 R00 487 Court Docket Number 17-CR-00036.

    The next hearing is set for March 21, 2019 My son Kent can't get off from work on that day to attend.

    I am sending my thoughts for the judge and Court for that day. I don't have a Copy Machine to have a copy for myself. You can look over it, if you see that it is suitable.

    I will be expecting to hear the Outcome.

Thank you,
Wanda Brewer

1) negligence and wrongful death of Dana Brewer

Dana our son had special needs, He was 31 years old he was evaluated to be 3 years and 11 months old.
He had brain damage since birth Also had seizures for many years.
Me and Daniel did the best we could to take care of Dana.
We took care of Dana's needs, We didn't get Social Services - Medical card - food stamps
Dana never did have a baby sitter.
Over the years Dana would have lots of doctors appointments and test, We would always have a co-pay. Was on medication that didn't seem to work. Had only one pay check coming in. Daniel was in bad health. Some of the time he wouldn't be able to go to work.

We sent Dana to a adult day care setting at Hardin County Industries. Communicare after he got out of school. He had been going their for 9 years. Dana's Accident happened October 8, 2010.
After the accident Daniel my husband wanted to blame me for sending Dana on that day.
He told me time and time again that if I hadn't sent him on that day Dana would still be here.
He told me that I should have kept him at home on that day. How did I ~~know~~ know that such a tragic thing would happen.
He had been going their for 9 years. Nothing had ever happened in the past.

3

We have since learned that there was a Settlement. Who got it? When was the case ever going to be settled? Wonder what Harden County Industries Commuicare thinks to find out that Dana's family didn't get any of the settlement?

We chose Mr. Butler as our lawyer. He was recommended as being honest and reliable that we would want to represent us.

Mr. Butler hasn't told us that he is sorry for what he did.

I understand that we aren't the only ones that Mr. Butler took advantage of. Their was TV Interviews and reports in the newspapers about Mr. Butler. Every one knows what has went on. Now when we go out in public people ask about our lawyer. It is embarassing. Memories is all we have some good - some Bad. Mr. Butler do you think their should be punishment? If so What?

The Bible says we are to forgive. It will be hard to forget.

Wanda Brewer

For a Long time after Dana Died Daniel his Dad wouldn't go to bed at night set up in recliner all Night.

I know that Me and Daniel aren't the only ones that ever lost a Child, But Dana was our Child our Loss.

He was Special to us.

Dana's Younger Brother Kent treated Dana Special - Dana felt Special.

Daniel - Dana's Dad died December 22, 2015 Daniel would ask almost every day when is Danny Butler ever going to settle this Case. Daniel has been gone going on 4 Years still hasn't been settled

Last Days of October 2010
Was seen in Mr Butler's office on the first visit with Dana's family in discussing what had happened with Dana at Harden County Industries. Communicare (Dana choked to death while in their Care - No one Was Seeing to him - he had got in to some ones lunch box - ate their food got Choked and died.
Mr. Butler told us that he would take the case. Was it on your mind at that time if You won the Case - if their was a Settlement that you would keep it for your Self?

You told us that You didn't work for Nothing if their was a settlement - after everything was paid You would get one third and Dana's family would get the rest.

# VICTIM IMPACT STATEMENT ANSWERS

1.   The crime that Mr. Butler has committed has affected not only our family but hundreds of families in the surrounding counties. As all of the victims were looking for a professional to do a job, Mr. Butler took advantage of this profession using their age or lack of legal knowledge to gain control of the estates or settlements won. Our family has been dealing with this situation for over 1 1/2 years thru the judicial system and 3 1/2 years over all since the passing of our loved one.

In the beginning, we had to deal with the daily excuses from Mr. Butler concerning why the estate could not be closed for over a year.   Stating the estate was tied up with MEDICARE and they would not release the money. When confronted he stated "every lawyer sets estates up like this", in disagreement with him he then stated "that it was the way he set them up". (Can provide proof if needed)   Bogus court hearing dates were set by Butler in attempt to delay and redirect our attention.   Phone calls to Butler and many appointments were made at his office with limited results.   Since the STATE and FBI has moved forward with this case there are daily calls, letters, questions, court dates and meetings to attend.   In other instances we are having to answer phone calls and/or text messages during our daily working schedule and even having to take off work to attend hearings.   Endless hours, mileage and money has been spent on this case to prove Mr. Butler has committed this crime, not to mention the time of legal personnel's that have been involved.

In dealing with the highs and lows of this case comes emotional distress, nerves, aggravation within the family, and loss of sleep, future financial uncertainty for the beneficiaries and for the generations to come.   Not to mention the lack of trust of any individual in a professional or unprofessional role.

2.  Yes, (Please see attached report.)  Also there are hard feelings between the bothers.  Arguments, finger pointing, and even wanting to split everything and go separate ways. Furthermore they are blaming each other for the results of not having some sort of closer to their parent's estate because of the events that have occurred.

3.  Every day we are impacted by what Mr. Butler has done to our family, we are not the largest but the ones that got this investigation started.  Therefor secrets are being kept in attempt to keep the family members safe, and feeling that we have to watch our every move.  Due to news that has been released; people are looking, talking and even acting different towards us.  Furthermore some people aren't wanting to be around us because we as a family only have one thing on our mind (which is not to have fun and make family memory's) but simply to recover the estate money and to find closer to this crime so we can move on with our lives.  This situation has consumed and required our undivided attention.

4.  Because of who Mr. Butler is/was should not be taken to anyone's advantage, (as it has played a role in the past).  Nor should it be of his attorney. We are fully aware of what they are capable of doing.   AS THE MEMBERS OF THE UNDERWOOD FAMILY WE ARE ASKING THE MAXIMUM SENTANCE BE SET FOR THE DEFENDANT DANNY BUTLER.   BUT EVEN AT THAT, IT WILL NOT REPLACE WHAT HE HAS STOLEN FROM OUR FAMILY AND KNOWINGLY CAUSED OUR FAMILY TO ENDURE.   We put our faith in GODS hands that the correct ruling will be handed down to Mr. Butler.   Please allow me to have a day in court to speak.

5.  MR. and MRS. Syndal Underwood (parents) worked all their lives to have something to hand down to their children/grandson. Not to have it stolen and gambled away, or using their money to take three week vacations in Las Vegas by someone they thought they could trust as a lawyer to take care of their final

wishes.   Please don't let this crime go unpunished or allow notorious and unjustified delays.   Mr. Butler has stolen, lied and abused his clients that paid him to do a job.   As you will hear the facts are black and white surrounding this case.   And I ask that you look at these facts as if it were happening to your family.   I hope you would fight as hard as we are to see this to the end.   Be the voice of our loved ones that has passed on so that they may be heard. JUSTICE!!!

---------------------------------------- Melinda Underwood ADM

---------------------------------------- Mark Underwood (son)

---------------------------------------- Mickey Underwood (son)

Physical Impact Results

I, Melinda Underwood have been diagnosis with Meniere's in my right ear.    I started having symptoms in September 2017.   With Meniere's, STRESS may trigger attacks or make them worse.   Side effects include dizziness, headaches, stomach upset, tensed muscles, continuous roaring sound, and hearing loss.    Countless doctor visits, two ear procedures where steroids were injected into my inner ear, and a MRI have been performed.    Medicine to try to control the problem as best as possible include the following:    Meclizine – taken for dizziness

       If more information is needed, please let me know


                                                       ------------------------------------ Melinda Underwood ADM