UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT BOWLING GREEN

UNITED STATES OF AMERICA                                    PLAINTIFF

vs.                                      CRIMINAL ACTION NO. 1:17-CR-00036-GNS
*Electronically Filed*

DANNY P. BUTLER                                          DEFENDANT

## ORDER OF RESTITUTION

Defendant, Danny Butler, having a pleaded guilty on December 7, 2018, and this Court being sufficiently advised;

**IT IS HEREBY ORDERED** as follows:

1. The Defendant is sentenced and ordered to pay restitution in the amount of $1,293,072.84. The Defendant is also required to pay a Special Penalty Assessment in the amount of $500.00.

2. Restitution is due in the shortest time period possible, and not withstanding any other provision of this Restitution Order, the United States may enforce restitution at any time.

3. If incarcerated, and the Defendant participates in the Bureau of Prisons' Inmate Financial Responsibility Program, payments shall be made in accordance with the terms of the program. If restitution is not paid in full and if the Defendant is not incarcerated or following any term of incarceration, Defendant shall make restitution payments of not less than the amount of the Defendant's "non-exempt disposable earnings," as that term is defined in 28 U.S.C. § 3002(9). Defendant will be added to the Treasury Offset Program.

4. Interest **shall not accrue** as provided in 18 U.S.C. § 3612(f) and is hereby waived.

5. The victims' names, addresses, and total losses are as follows:

| VICTIM | ADDRESS | AMOUNT OF LOSS |
|---|---|---|
| Estate of L.A. | TO BE PROVIDED BY USAO | $148,106.18 |
| Estate of L.P. | TO BE PROVIDED BY USAO | $13,535.67 |
| B.M. | TO BE PROVIDED BY USAO | $401,500.00 |
| D.M. | TO BE PROVIDED BY USAO | $35,257.22 |
| Estate of D.B. | TO BE PROVIDED BY USAO | $216,408.65 |
| J.R.B. | TO BE PROVIDED BY USAO | $69,429.06 |
| Estate of E.U. | TO BE PROVIDED BY USAO | $69,429.06 |
| Estate of E.M. | TO BE PROVIDED BY USAO | $25,000.00 |
| J.W.S. | TO BE PROVIDED BY USAO | $38,429.06 |
| E.S. | TO BE PROVIDED BY USAO | $25,000.00 |
| Estate of L.P.M. | TO BE PROVIDED BY USAO | $125,000.00 |
| T.L. | TO BE PROVIDED BY USAO | $12,500.00 |
| Kentucky Bar Association Clients' Security Fund | Kentucky Bar Association 514 West Main Street Frankfort, KY 40601 | $113,477.94 |
| **Total Amount** |  | **$1,293,072.84** |

6. Certain victims identified above have received payment for a portion of his/her/its loss from the Kentucky Bar Association Clients' Security Fund. Specifically, the following victims have received payments:

| VICTIM | AMOUNT PAID |
|---|---|
|  |  |

| | |
|---|---|
| Estate of L.P. | $16,451.40 |
| D.M | $14,742.78 |
| Estate of D.B. | $20,570.94 |
| J.R.B. | $20,570.94 |
| Estate of E.U. | $20,570.94 |
| J.W.S. | $20,570.94 |
| **Total Amount** | **$113,477.94** |

The amount of loss for these victims has been reduced by the amount paid to each by the Kentucky Bar Association Clients' Security Fund, respectively.

7. All restitution of victims set forth above shall be paid to the victims before any restitution is paid to the Kentucky Bar Association.

8. The amount of restitution paid to any victim shall not exceed the victim's total loss from the offense of conviction.

9. All payments must be made to the United States District Court Clerk, Gene Snyder Courthouse, 601 West Broadway, First Floor, Louisville, KY 40202.

10. As long as the Defendant owes restitution, the Defendant shall notify, within 30 days, the Clerk of the Court and the United States Attorney's Office, Financial Litigation Unit, 717 W. Broadway, Louisville, KY, 40202, of: (a) any change of name, residence, or mailing address; and/or (b) any material change in economic circumstances.

11. This Restitution Order is pursuant to 18 U.S.C. § 3664 and shall be incorporated into the Judgment and Conviction as if set out verbatim therein.

Greg N. Stivers, Chief Judge
United States District Court

March 21, 2019

cc:
Aleda Thomas
United States Probation Officer
Bowling Green, KY
Phone: (270) 495-6410

Financial Clerk
United States District Court Clerk